IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., <br> SUCCESSOR IN INTEREST TO <br> U.S. TRUST COMPANY OF <br> TEXAS, N.A. <br><br> Plaintiff, <br><br> v. <br><br> LINDA STANLEY AS TRUSTEE, <br><br> Defendant. | § § § § § § § § § § § § § | CIVIL ACTION NO. H-09-2775 |

**ORDER**

Bank of America has moved for leave to file a Third Party Complaint against Mark R. Riley. (Docket Entry No. 23). Bank of America has certified that Stanley is not opposed to the motion. (Docket Entry No. 24). The motion for leave is granted. Bank of America must file the complaint by **January 19, 2010**.

Also pending are Stanley's motion for summary judgment, (Docket Entry No. 19), and Bank of America's Rule 56(f) motion for additional time to conduct discovery before responding to the summary judgment motion. (Docket Entry No. 22). Stanley has responded to the Rule 56(f) motion and suggested a status conference to discuss the discovery issues. (Docket Entry No. 25). A status conference is set for **January 19, 2010 at 10:00 a.m.** in Courtroom 11B.

SIGNED on January 5, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge